# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:09CR382 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHRISTOPHER DAY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Julie B. Hansen to withdraw as counsel for the defendant, Christopher Day (Day) (Filing No. 42). Ms. Hansen represents she has a conflict of interest in this matter. Ms. Hansen's motion to withdraw (Filing No. 42) is granted. Wesley S. Dodge, 11414 West Center Road, Suite 333, Omaha, NE 68144, (402) 333-1604, is appointed to represent Day for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Hansen shall forthwith provide Mr. Dodge with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Hansen which are material to Day's defense.

The clerk shall provide a copy of this order to Mr. Dodge, and Mr. Dodge shall enter his appearance in this matter forthwith.

The pretrial motion deadline for Day is extended to November 30, 2009.

**IT IS SO ORDERED.**

DATED this 13th November, 2009.

                                                      BY THE COURT:

                                                      s/Thomas D. Thalken
                                                      United States Magistrate Judge